JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>HOWARD, et al.,<br><br>        Defendants. | Case No. CV 18-7526 ODW (PVC)<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND DISMISSING CASE WITH PREJUDICE (Dkt. No. 84)** |

    Pending before the Court is the Stipulation for Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by Plaintiff Robert Lee Jenkins, Jr. and Defendants S. Bennett, M. Howard, P. Denny, D. Soto and J. Gofferman in the above-captioned state prisoner civil rights action. (Dkt. No. 84). The Stipulation disposes of this action in its entirety. IT IS ORDERED that all surviving claims against all Defendants in the Third Amended Complaint are DISMISSED WITH PREJUDICE. Each party shall bear his own litigation costs and attorneys' fees. IT IS SO ORDERED.

DATED: July 6, 2021

                                                       OTIS D. WRIGHT, II<br>                                                       UNITED STATES DISTRICT JUDGE